IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                               Case Number 3:15cr76/MCR

MATTHEW T. FEENEY

_____/

## FACTUAL BASIS FOR GUILTY PLEA

The defendant admits that if this case were to proceed to trial, the government could prove the following facts.

On September 30, 2015, Detective Chris Wilkinson (Pensacola Police Department) was conducting an investigation into the sharing of child pornography files on the Ares peer-to-peer (P2P) file sharing network. At this time, Det. Wilkinson identified a computer with IP address 173.25.164.139 as a download source for at least 63 files of investigative interest. Det. Wilkinson directed his investigation to IP address 173.25.164.139.

On September 30, 2015, between 0048 hrs and 0418 hrs, Det. Wilkinson successfully completed the download of the following file the computer at IP address 173.25.164.139 was making available: 2011_pthc_101_realfuck.avi. On September 30, 2015, a query of the IP address 173.25.164.139 was conducted. Det. Wilkinson received information that IP address 173.25.164.139 was registered to Mediacom Communications Corp. On October 1, 2015, between 0559 hrs and

FILED IN OPEN COURT THIS
1/27/16
CLERK U.S. DISTRICT
COURT, NORTHERN DIST. FL

0802 hrs, Det. Wilkinson successfully completed the download of the following file the computer at IP address 173.25.164.139 was making available: 9yr jenny suck little dog cock.mpg.  On October 3, 2015, between 2345 hrs and 2350 hrs, Det. Wilkinson successfully completed the download of the following file the computer at IP address 173.25.164.139 was making available: pthc - 13 yo fucked by dog (rare)(2).mpg.  On October 4, 2015, between 0835 hrs and 0849 hrs, Det. Wilkinson successfully completed the download of the following file the computer at IP address 173.25.164.139 was making available: bestiality dog girl oral pthc webcam.avi.

On October 9, 2015, between 2235 hrs and 2349 hrs, Det. Wilkinson successfully completed the download of the following three files the computer at IP address 173.25.164.139 was making available: 9yr mouth cum and gag 2009 gracel series lea 9 p1.avi; [pthc]private daughter sara005 sara i jerk off my little dog i love it.avi; ! new ! (pthc) 2007 jenny plays with dog mpg.avi.  On October 12, 2015, between 1658 hrs and 1702 hrs, Det. Wilkinson successfully completed the download of the following file the computer at IP address 173.25.164.139 was making available: $rpc5xw8.avi.

The IP address activity supplied by Mediacom showed that IP address 173.25.164.139 was assigned to the residence at XXXX Glover Lane, Milton, Florida, and it remained stable and constant.  Listed below are descriptions of a

2

sample of the videos distributed by the computer located at IP address 173.25.164.139.

**FILE NAME:** "9yr jenny suck little dog cock.mpg"
**Downloaded on October 1, 2015, between 0559 hrs and 0802 hrs**
**Description:** The video shows a naked female who appears to be around eight years of age leaning down under a male dog. The erect dog's penis can be seen being sucked by the child.

**FILE NAME:** " pthc - 13 yo fucked by dog (rare)(2).mpeg"
**Downloaded on October 1, 2015, between 0559 hrs and 0802 hrs**
**Description:** The video shows a naked pubescent female who appears to be between the ages of 13 to 15 years being vaginally penetrated by a German shepherd dog. The child is lying on her back with her legs spread open on the edge of the bed when the dog mounts the child.

**FILE NAME:** "bestiality dog girl oral pthc webcam.avi"
**Downloaded on October 4, 2015, between 0835 hrs and 0849 hrs**
**Description:** The video shows a female who appears to be around eleven years of age lying down on a sofa. (This appears to be a webcam video where the child is taking instructions from a second person not in the room). The child pulls her pants and underwear down and a dog then jumps up on the sofa and starts to lick the child's vulva. The child adjusts several times; spreading her vulva apart and recording close up video of the child's vagina and the dog as it is licking the child.

The above files were completed downloads solely from IP address 173.25.164.139. The computer at this IP address, in addition to distributing the videos that were downloaded, was also declaring that it contained over 50 other files known by hash values to be child pornography. Homeland Security Investigations (HSI) reviewed a sample of said files and found they contained graphic depictions of children who appear to be between the ages of six years old

3

and thirteen years old, involved in sexual activity such as oral, anal and vaginal penetration with adults.

On November 3, 2015, HSI issued legal process to Mediacom requesting the identification of the subscriber utilizing the IP address 173.25.164.139. A response from Mediacom Custodian of Records was received on or about November 19, 2015, which confirmed the IP address being utilized during the time the criminal activity was observed was assigned to Matthew Feeney at XXXX Glover Lane, Milton, Florida.

In addition to all the above stated activity, Det. Wilkinson discovered that the same GUID Number (Globally Unique Identifier) used by the suspect in this case was seen on other peer-to-peer networks; including networks in China. A GUID on Gnutella networks is a 16-byte string Message ID that uniquely identifies the message on the network. Three different peer-to-peer networks are associated with this suspect. They are Gnutella, EDonkey, and Ares. Together they have been associated with the display/availability/advertising of over 4000 files associated with child sexual abuse images by SHA-1 or MD5 hash values known by law enforcement to be of children.

In addition to the previous mentioned queries conducted, law enforcement also searched online social media databases for any information on Matthew Feeney. A Facebook page/profile was identified belonging to Matthew Feeney.

Information available to the public on Matthew Feeney's Facebook page denoted there were several posts by Mr. Feeney about his purchase of his home located at XXXX Glover Lane, Milton, Florida. Also displayed were photos of a passport and other blogs that indicated he recently moved to Florida after living and teaching in China. HSI conducted travel queries for the name "Matthew Feeney," with a corresponding date of birth and social security number. HSI located records that confirmed travel for Mr. Feeney in 2015 to/from China.

On November 24, 2015, a federal search warrant was executed at Feeney's above noted residence. Law enforcement located a wealth of child pornography on scene. Moreover, post *Miranda*, Feeney admitted his use of peer to peer software to share (receive/distribute) child pornography. He admitted recognizing illicit images, which were then shown to him, and he initialed same. A forensic review of his digital media revealed in excess of 5,000 images and videos of child pornography. This behavior seems to forensically date back well over a decade.[1]

---

[1] Based upon the P2P nature of the defendant's receipt and distribution of the child pornography over the Internet, as well as his international travel with said child pornography, the images and videos traveled in interstate and foreign commerce. The defendant concedes the truth of the allegations found in the indictment, which are incorporated herein.

## Elements of the Offenses

      Eleventh Circuit Pattern Jury Instructions (2015) - Criminal, Offense Instr. No. 83.4A has been reviewed by the defendant along with his attorney.

CHRISTOPHER P. CANOVA
Acting United States Attorney

_____
BARRY W. BEROSET
Attorney for Defendant
Florida Bar No. 145143
1622 North 9th Avenue
Pensacola, Florida 32503
(850) 438-3111

_____
DAVID L. GOLDBERG
Assistant U.S. Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

January 27, 2016
Date

1/27/16
Date

_____
MATTHEW T. FEENEY
Defendant

January 27, 2016
Date